UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) ANGEL MORALES,<br>(2) QUENTY OGANDO,<br>(3) ERIKA PRADO, and<br>(4) RAHELIN REYNOSO,<br><br>Defendants | Criminal No. 22cr10339<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 400 Grams or More of Fentanyl<br>(21 U.S.C. § 846)<br><br>Count Two: Distribution and Possession with Intent to Distribute 400 Grams or More of Fentanyl<br>(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE

Conspiracy to Distribute and to Possess with Intent to Distribute
400 Grams or more of Fentanyl
(21 U.S.C. § 846)

The Grand Jury charges:

From a time unknown but not later than in or about September 2022, and continuing through in or about November 2022, in Boston, Randolph, Holbrook, Quincy, Mattapan, Braintree, Milton, and elsewhere in the District of Massachusetts, and elsewhere, the defendants,

    (1) ANGEL MORALES,

    (2) QUENTY OGANDO,

    (3) ERIKA PRADO, and

    (4) RAHELIN REYNOSO,

1

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It is further alleged that the offense charged in Count One involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to defendants (1) ANGEL MORALES, (2) QUENTY OGANDO, (3) ERIKA PRADO, and (4) RAHELIN REYNOSO.  Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to defendants (1) ANGEL MORALES, (2) QUENTY OGANDO, (3) ERIKA PRADO, and (4) RAHELIN REYNOSO.

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

Distribution of and Possession with Intent to Distribute
400 Grams or More of Fentanyl
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi))

The Grand Jury further charges:

On or about, September 23, 2022, in Randolph, in the District of Massachusetts, and elsewhere, the defendant,

(1)   ANGEL MORALES,

did knowingly and intentionally distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1.  Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One and Two, the defendants,

> (1) ANGEL MORALES,
>
> (2) QUENTY OGANDO,
>
> (3) ERIKA PRADO, and
>
> (4) RAHELIN REYNOSO,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third party;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JENNIFER ZACKS
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: DECEMBER ___, 2022
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK